UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRY DOUBT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCR CORPORATION,<br><br>　　　　　Defendant. | Case No: C 09-05917 SBA<br><br>**ORDER** |

　　　On September 14, 2010, the parties filed a Stipulation for Filing of Proposed First Amended Complaint.  (Docket No. 38.)  Accordingly,

　　　IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, <u>Plaintiff shall file his First Amended Complaint within three (3) days from the date of this Order</u>, and that First Amended Complaint shall be deemed to have been filed on September 13, 2010, which is the date the stipulation was executed by the parties' attorneys.

　　　IT IS FURTHER ORDERED THAT, pursuant to the parties' stipulation, Defendant shall have until October 4, 2010 to answer the First Amended Complaint.

　　　IT IS SO ORDERED.

Dated: September 20, 2010　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge