02/12/01    Fear  email re:  Unauthorize OT for Sunday 02-11-2001

A

## Doubt, Terry

| | |
|---|---|
| **From:** | Fear, Douglas D |
| **Sent:** | Monday, February 12, 2001 1:29 PM |
| **To:** | Doubt, Terry |
| **Cc:** | Harrison, David; Morales, Hannibal |
| **Subject:** | Unauthorize OT for Sunday 02/11/2001 |
| **Importance:** | High |

Terry:
   You have shown 3hrs OT on Sunday doing your Paper work on your Paystub input.  You can not collect OT for non repair calls (If on Avail) or any calls (If not on Avail) unless your TM, ARM, or RM authorize it.   Please do not call in this time to Payroll (If you have called this in you will have to pay it back in work).

   Thanks
## Douglas D Fear
Regional Technical Specialist
NorthWest Region
925-484-6298

07/06/01    Henderson  email re_cost-effcv of older CEs

B

**From:** Dave Henderson [DH1000024@ncr.com]
**Sent:** Friday, July 06, 2001 1:53 PM
**To:** Doubt, Terry
**Subject:** Central Area Tiered Workforce Pilot

*To:* All U.S. Customer Engineers

Now that the WCS reorganization is behind us, I want to take the opportunity to introduce a major Americas CS project aimed at improving service delivery while increasing service margins. Since June 4, the Central Area, led by Jim Kent, has been piloting our move to a formal tiered workforce. To date, the pilot has been very successful and we are now expanding into other geographic locations.

### *Tiered Workforce Pilot*

The Americas CS organization is responsible for delivering repair and maintenance services to NCR customers in the United States. Often referred to as the "backbone" of our U.S. customer services business, this organization is composed of customer engineers and their managers, providing 24-hour service coverage in all 50 states.

The structural model for field support services was developed at a period when NCR systems were mechanically complex and required a very high level of training to properly support. However, as you well know, in recent years a growing portion of our services work has become highly commoditized and increasingly price-competitive for commodity-type products in the Financial and Retail space. You are also very well aware that we have recently lost some major accounts like Kmart, Home Depot and Office Depot to competitors such as Systec and Getronics.

Many of our U.S. customer engineers have 20 years or more NCR experience. Utilizing such highly skilled professionals for lower-end repair work is neither productive nor most cost-effective. With more low-cost third party services companies entering the market, NCR has experienced erosion in our maintenance annuity base as customers turn to lower-cost providers for their low-end work.

### *The Solution for Addressing the Imbalance*

To effectively support NCR's solution portfolio, NCR must offer *the best* of both high-level technical expertise and low-end commodity support. We believe the balance of high-level versus low-level support capabilities must be addressed in a manner other than our traditional reorganizations and headcount reductions.

If you recall my announcement letter on April 26 that outlined a reorganization of the Americas CS region, there was mention that we need to better utilize the capabilities of the Permond Solutions Group, which we acquired in 1999. We have been very slow to recognize and implement the formal move to a tiered workforce. We need to leverage Permond's lower cost structure so we can win business that we have been losing because of our own higher cost structure, and our management is fully committed to the shift to this new tiered model.

*If you think back, why did we acquire Permond? Simple – to do exactly what we are now*

Date                                                               file:///C:/doubt%20evidence/Misc/Permond%20Solutions%20Here...

doing in our pilot. That is to provide service at the lower-end, Tier 3 level. We have had difficulty in succeeding in this service space, but if we are willing and able to pursue work in the Tier 3 space, it allows us to gain additional business in the Tier 1 and Tier 2 spaces. Permond will take on and relieve many of our stress points and allow NCR to focus on the higher value space (Tier 1 and Tier 2) and compete better at the low-end. The sum total of this new model will be that we will better be able to grow revenue, increase margins, and increase our capability and competitiveness in both the higher-end and lower-end spaces. Major customers are specifically looking for service providers that can do both.

## Details of the Pilot

To begin the effort to better leverage Permond's capabilities, while continuing to keep them as a separate wholly owned subsidiary, the Central Area is the early focal point of a pilot program for Americas CS.

### What are we piloting?

What we call "Tier 3" service calls are being directed to Permond. We have gone through a formal identification of Tier 3 products and related service. For instance, Tier 3 products include retail scanners, retail terminals, displays, IBM POS terminals and some printers. Permond is providing Tier 3 service for our premier accounts, such as Wal*Mart, Lowe's, KFC, Brookshires, Boston Market and Albertsons. During the pilot, our standard call flow process is being adapted to include Permond's place in the process and we will ensure the entire services organization understands and follows the proper processes and procedures.

### Who is participating in the pilot and how long will it last?

We are in the midst of a five-week pilot in Dallas-Fort Worth, which began on June 4. We are now expanding to other cities in Central Area – primarily with additional cities in Texas. Because of Permond's location in Austin, Texas, this was the most logical geographic area to begin to implement the model. A limited number of CEs are participating in the initial pilot. As the pilot expands, we will involve additional CEs across the Central Area and beyond. The CEs involved with the first stage of the pilot are very excited at the opportunity and are doing a very good job, which is allowing us to more quickly expand our efforts.

### What about after our Central Area pilot?

The goal for Americas Customer Services in 2001 is to implement the model in 44 targeted cities. As a point of reference, the goal is to fully complete the Americas CS implementation by year-end, 2002.

### Why is leveraging the Permond Solutions Group good for us?

We are excited about this tiered workforce pilot for a number of reasons. The Permond Solutions Group is an NCR wholly owned subsidiary, headquartered in Etobicoke, Ontario, Canada, and Austin, Texas. Founded in 1993 as a privately owned company, Permond operates as a strategic partner to computer and communications manufacturers throughout the United States and Canada. Instead of providing IT service support directly to the end-user, and competing with service companies and resellers, Permond provides

supplemental technical resources to computer service organizations. Permond also offers a variety of technical training programs.

Again, why did we acquire Permond? Simple – to do exactly what we are now about to implement in our pilot. That is to provide service at the lower-end, Tier 3 level. We have had difficulty in succeeding in this service space, but if we are willing and able to pursue work in the Tier 3 space, it allows us to gain additional business in the Tier 1 and Tier 2 spaces. Permond will take on and relieve many of our stress points and allow NCR to focus on the higher value space (Tier 1 and Tier 2) and compete better at the low-end. The sum total of this new model will be that we will better be able to grow revenue, increase margins, and increase our capability and competitiveness in both the higher-end and lower-end spaces. Major customers are looking specifically for service providers that can do both.

The bottom line: By becoming more competitive in the Tier 3 space, we are securing additional revenue opportunities in the higher complexity environments. A prime example is the Retail Services market, which is now a commodity service market. We need to come up with an alternative, and Permond's business model and cost structure will allow us to secure and expand this part of the business. Finally, we need to get the right people doing the right type of work.

## Summary

Over the next couple of months, you will begin to see the impact of this pilot in a positive way. This means operating efficiently while bringing in new revenue as we expand our customer base. The move to a tiered workforce will be a key to our success in 2001 and beyond. I expect each of us to embrace this model and own the business.

Now more than ever we need to continue to deliver the highest level of customer service and quickly improve our operating efficiencies. On an individual basis, I need each of you to commit to delivering your personal best and embrace this important initiative. We as a team are committed to excellence. Success won't happen without focus and discipline. Most importantly it will not happen without **you**. We must move to this model quickly and decisively to enable us to change the way we do business in the U.S.

As the implementation of the tiered workforce moves throughout the U.S., your manager will receive specific details that will be communicated to you. This will ensure that you know and understand how this new model affects you personally.

As always, if you have any questions concerning this pilot or the new Americas CS Region structure, please feel free to send an email to the *"WCS, Communications"* mailbox, and we will ensure you get a response.

undated (2001?)  Morales, Pursell  evaluation by NCR 2000_Doubt

C

# NCR Performance Feedback & Review

| Name: | Terry Doubt | Business Unit: | WCS | Year: 2000 | |
|---|---|---|---|---|---|
| Title: | Customer Engineer | Department: | Americas | Manager: | Hannibal Morales |
| Employee ID / SSN: | 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 | Location: | Northwest Region-9098 | Second Level: | Don Pursell |

| *Associate Completes; Manager Reviews* | | | | | | |
|---|---|---|---|---|---|---|
| **I. Results**<br>For summarizing results achieved throughout the year (accomplishments and targets missed). | | | | | | |

| *Manager Completes:* | | | | |
|---|---|---|---|---|
| **II. Success Attributes & Behaviors** | | Place an "X" underneath the ratin | | |
| | E | S | N | N. |
| **Sense of Urgency**<br>*Has a bias for action, speed and execution* | | X | | |
| **Results Achievement**<br>*Consistently delivers on commitments* | | X | | |
| **Business Knowledge**  *Understands strategic direction, key business drivers, and external market* | | X | | |
| **Customer Focus**<br>*Understands, anticipates and meets customer needs* | X | | | |
| **Teamwork**<br>*Collaborates with others, values differences* | | X | | |
| **Quality Improvement**<br>*Drives continuous improvement* | X | | | |
| **Creativity & Innovation**<br>*Develops original ideas and solutions* | | X | | |
| *Optional: Insert Additional Attribute/Behavior*<br>Works 80 hrs + to meet NCR obligations. | X | | | |
| **People Development** (For Managers only)<br>*Provides feedback and coaching; develops others* | | | | X |
| **Leadership**  (For Managers only)<br>*Visionary, inspires and motivates others* | | | | X |

**Accomplishments:**
1. **People Management & Engagement**
   - Improve Associate Satisfaction
   - Communicate organizational information
   - Retain top performers within NCR
   - Improve Diversity Mix
2. **Operations**
   - Achieve LOCA targets
   - Achieve Service Response Limits (SRL)
   - Manage CE Surplus / Ensure first visit resolutions
   - Ensure Reporting Accuracy on call completions, personal whereabouts, time reporting, expense reporting, work orders and escalations
3. **Achieve Business Plan**
   - Act as a responsible owner of the business by controlling expenses (OT, travel, telecommunications, parts usage, cell phone, pager, and PC Management)
   - Manage Accounts Receivables
   - Manage File Value (report not on file incidents, submit proper certification forms etc.)
   - Manage proper CAS assignment
   - Contribute to T&M and Miscellaneous Revenue Objectives
4. **Personal Development**

**Targets Missed:**

| Region | H Territory | Expected | H 23 Metrics |
|---|---|---|---|
| OT % YTD = 20.1% | 20.9 % | 9.3 % | |
| FVR YTD = 90.4% | 87 % | 91 % | 95 % |
| Telsam =84.2% | 83.6 % | 88 % | |
| Trunk Fill Rates = 75.4% | 63.3% | 80 % | 64 % |
| LOCA = 1.52 | 2.1 | 1.4 | |
| SRL = 84.2% | 82.6% | 88 % | 88 % |
| Average Restoral = 9.6 | 15.4 Hrs. | 8 Hrs. | |

**Strengths (Both Associate and Manager Complete):**
- Welcomes new challenges
- Always willing to take on additional workload, from coworkers.
- Does whatever it takes to provide timely service for our customers.
- 

**Areas for Improvement (Both Associate and Manager Complete):**
- Must learn how to process surplus timely, while pleasing our custome
- Needs to process expenses on a weekly basis.
- Improve Operational Metrics. Improvements in Trunk Fill Rates

| **OVERALL RATING:**<br>for Results & Behaviors<br>*Place an "X" underneath the rating* | *Exceptional*<br>Performance far exceeds expected results for the job | *Successful*<br>Performance consistently meets and exceeds some expected results for the job.<br>X | *Needs Improvement*<br>Performance falls short of expected results for the job. |
|---|---|---|---|
| **SIGNATURE/DATE:** | Manager: *Hannibal Morales* | Second Level: | Associate: |

03/05/01    Gagliardi    2000 employee incentive plan award

D

 NCR

March 5, 2001

Terry E Doubt
748 Elkington Avenue
Salinas, CA 93905-1224

TD122406@exchange.DaytonOH.ncr.com

Subject:  2000 Employee Incentive Plan (EIP) Award

I am pleased to inform you that you have earned an Employee Incentive Plan (EIP) award payment of $298.36 in recognition of your contribution to NCR in 2000.

Your 2000 EIP award is based on actual performance for the year measured against performance objectives for NCR financial measures and Division specific measures, as described on the attached statement.

The incentive award payment will be included in your March 9, 2001 paycheck.  This payment will be treated as ordinary income and will be subject to all applicable withholding taxes and deductions.  If you have any questions regarding this payment, please contact your local Human Resource consultant.

I sincerely appreciate your contribution in 2000, and can not emphasize enough how important it is to continue building upon our success in 2001. In order to ensure the future success of our company we must all work together to achieve superior results.

I look forward to an outstanding year in 2001.

Sincerely,

Gerald Gagliardi



## 2000 EMPLOYEE INCENTIVE PLAN (EIP)

Incentive Award Statement

for

Terry E Doubt

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

Your Eligible Earnings for 2000 for this BOM: $62,810.55

Your Annualized Target Award for this BOM: $3,140.53

**BOM Number: 0830      Americas CS Region**
**Incentive Target: 5.0%**

| Performance Measure | 2000 Objective (Dollar values in Millions) | 2000 Actual (Dollar values in Millions) | Measure Payout Percent | Weighting Percentage | Weighted Percent (Weighting % x Measure Payout %) |
|---|---|---|---|---|---|
| NCR Revenue | $6400 | $5958.6666000000005 | 0.0% | 10.0% | 0.0% |
| NCR Net Income | $234 | $229.3064 | 95.01% | 10.0% | 9.501% |
| Americas CS Revenue | $1488.7283 | $1278.6122 | 0.0% | 40.0% | 0.0% |
| Americas CS OIACC | $210.1975818 | $119.1381 | 0.0% | 40.0% | 0.0% |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Total Weighted %:      9.501%

The "Total Weighted %" may not equal the sum of the Weighted Percent column due to rate flex impact.  If you were eligible for the Management Incentive Plan (MIP) for a portion of 2000, that payment is not depicted on this statement.

| **Total Incentive Award** | = **Eligible Earnings while in BOM** | x **Total Weighted %** | x **Incentive Target** | |
|---|---|---|---|---|
| | = **$62,810.55** | x **9.501%** | x **5.0%** | = **$298.36** |

A detailed example of an award calculation can be found in your EIP brochure located on HR eXpress
http://hrexpress1.ncr.com/hrexpress/benefits/bencomp/comppay/vpp.htm

undated (2002?)  Morales, Pursell  evaluation by NCR 2001_Doubt

E

# NCR Performance Feedback & Review

| | | |
|---|---|---|
| Terry Doubt | WCS | 2001 |
| Customer Engineer | Americas | Hannibal Morales |
| 939250 / 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 | Pleasanton Territory 765 | Don Pursell |

## I. Results

For summarizing results achieved throughout the year (accomplishments and targets missed).

**Accomplishments:**

**1. Productivity**
*
* Complete calls in a timely manner with minimum call backs  E
* Achieve First Visit Resolution (FVR) <u>Goal = 90.5%</u>  <u>Result = 92.7</u>
* Achieve Service Response Limits (SRL)  <u>Goal = 88%</u>  <u>Result = </u>89.1
* Ensure Reporting Accuracy on call completions, personal whereabouts, time reporting, expense reporting, work orders, and escalations  S

**2. Achieve Business Plan**
* Act as a responsible owner of the business by controlling expenses (OT, travel, telecommunications, parts usage, cell phone, pager and PC management)  E
* Report Not on File Incidents
* Contribute to T&M and Miscellaneous Revenue Objectives  <u>Goal =$500/week</u>  <u>Result = S</u>

**1. Asset Management**
* Manage Personal Parts Kits to complete calls on the first trip  E  80.2% TFR
* Complete Parts Audits as required  S
* Work CE Surplus report  S
* Return defective parts promptly  S

**3. Customer Satisfaction**
* Provide world class customer service to our internal and external customers  E

**4. Team Work**
* Willingness to help team mates with work load  S

## II. Success Attributes & Behaviors

*Place an "X" underneath the rating*

| | E | S | N | N. |
|---|---|---|---|---|
| **Sense of Urgency** *Has a bias for action, speed and execution* | X | | | |
| **Results Achievement** *Consistently delivers on commitments* | | X | | |
| **Business Knowledge** *Understands strategic direction, key business drivers, and external market* | | X | | |
| **Customer Focus** *Understands, anticipates and meets customer needs* | X | | | |
| **Teamwork** *Collaborates with others, values differences* | X | | | |
| **Quality Improvement** *Drives continuous improvement* | X | | | |
| **Creativity & Innovation** *Develops original ideas and solutions* | X | | | |
| **Contagious Enthusiasm** | X | | | |
| **People Development** (For Managers only) *Provides feedback and coaching; develops others* | | | | X |
| **Leadership** (For Managers only) *Visionary, inspires and motivates others* | | | | X |

**Strengths (Both Associate and Manager Complete):** Always eager to take on high complexity work.

**Areas for Improvement (Both Associate and Manager Complete):**
Needs to keep parts discrepancies under constant control.
Needs to allot more time for Internet based training.
*

## OVERALL RATING for Results & Behaviors

*Please put "X" underneath line.*

| Exceptional Performance far exceeds expected results for the job. | Successful Performance consistently meets and exceeds some expected results for the job | Unsatisfactory Performance falls short of expected results for the job. |
|---|---|---|
| | X | |

Manager: *Hannibal Morales*    Second Level: *D Pursell*    Associate: *[signature]*

03/03/02    Gagliardi    2001 Business Performance Plan bonus calculation

F



March 3, 2002


**Terry E Doubt**
**TD122406@ncr.com**

**Subject: 2001 Business Performance Plan**


You have earned a 2001 Business Performance Plan (BPP) award payment of **855.23** based on actual performance against business objectives.

Your 2001 BPP award is based on the following:

| Objective | Total Objective Payout% | Target Incentive % | Months in Objective |
|---|---|---|---|
| 6200  WCS US | 26.90% | 5% | 12   (earnings) |


Your actual award is calculated as follows:

| Award | = | Target Incentive % | x | Total Objective Payout % | x | Eligible Earnings | x | Months in Objective/12 |
|---|---|---|---|---|---|---|---|---|
| | = | 5% | x | 26.90% | x | 63585.89 | | (earnings) |
| | = | 855.23 | | | | | | |


This incentive award payment will be included in your paycheck dated March 8, 2002.

Additional information regarding the Business Performance Plan can be found on HR eXpress at http://hrexpress1.ncr.com/hrexpress/benefits/busperf/results.asp.



Signed
**Gerald Gagliardi**
**Division SVP**

undated (2003?)  Morales, Pursell  evaluation by NCR 2002_Doubt

# NCR Performance Feedback & Review

| | Terry Doubt | | WCS | | 2002 |
|---|---|---|---|---|---|
| | Customer Engineer | | Americas | | Hannibal Morales |
| | 939250 / 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 | | Pleasanton Territory 765 | | Don Pursell |

## I. Results

for summarizing results achieved throughout the year (accomplishments and targets missed).

**Accomplishments:**

**Productivity**

| | Terry YTD | Region YTD |
|---|---|---|
| Travel Hours as % of Productive Hours (Wk) | 1,986.8 / 39.0% | 5,144.1 / 38.2% |
| Avg Covered Repair & Travel Time (Wk/WO) | 1,746 / 2.0 | 215,094 / 1.7 |
| Closed Calls / Day / CE (adjusted) | 870 / 3.66 | 530 / 4.69 |
| Open Calls / Day / CE | 318 / 0.95 | 156 / 1.39 |
| Suspend for Parts / Day / CE | 52 / 0.22 | 36 / 0.32 |
| Callbacks | 20.0 / 2.9% | 3,366.0 / 3.4% |
| Double Trips | 110 / 12.6% | 15,808 / 12.5% |
| First Visit Resolution | 543/653 / 83.2% | 76,922/92,730 / 83.0% |
| % SLA Response Met | 550/668 / 82.3% | 75,142/93,081 / 80.7% |
| % SLA Resolution Met | 603/684 / 88.2% | 86,283/97,702 / 88.3% |

**Asset Management**

Complete Parts Audits as required   S
Work CE Surplus report   S
Return defective parts promptly   S

**Customer Satisfaction**

Provide world class customer service to our internal and external customers   E

**Team Work**

Willingness to help team mates with work load   E

## II. Success Attributes & Behaviors

*Manager Completes*

Place an "X" underneath the rating

| | E | S | N | NA |
|---|---|---|---|---|
| **Sense of Urgency** *Has a bias for action, speed and execution* | X | | | |
| **Results Achievement** *Consistently delivers on commitments* | X | | | |
| **Business Knowledge** *Understands strategic direction, key business drivers, and external market* | | X | | |
| **Customer Focus** *Understands, anticipates and meets customer needs* | X | | | |
| **Teamwork** *Collaborates with others, values differences* | X | | | |
| **Quality Improvement** *Drives continuous improvement* | X | | | |
| **Creativity & Innovation** *Develops original ideas and solutions* | X | | | |
| **Contagious Enthusiasm** | X | | | |
| **People Development** (For Managers only) *Provides feedback and coaching; develops others* | | | | X |
| **Leadership** (For Managers only) *Visionary, inspires and motivates others* | | | | X |

**Strengths (Both Associate and Manager Complete):** Always eager to take on high complexity work.

**Areas for Improvement (Both Associate and Manager Complete):** Needs to keep parts discrepancies under constant control.

## OVERALL RATING

for Results & Behaviors   Place an "X" underneath the

| Exceptional | Successful | Needs Improvement |
|---|---|---|
| Performance far exceeds expected results for the job | Performance consistently meets and exceeds some expected results for the job. | Performance falls short of expected results for the job. |
| | X | |

SIGNATURE/DATE

Manager: *Hanibal Morales*   Second Level: *Dr Pursell*   Associate: X

10-13-05   Harvey        email re_OT approval needed

H

| | |
|---|---|
| **From:** | Harvey, John A |
| **Sent:** | Thursday, October 13, 2005 11:03 AM |
| **To:** | Hong, Daniel; Samonte, William C; Singh, Ravneet; Ong, Amiel; Boyd, Robert N; White, David A; Espiritu, Randy S; Low-Lung, Freda; Vasser, Alexander; Knapp, Michael; Doubt, Terry; Sweeney, Micheal S; Nido, Celes; Wills, Winston; McDonald, Paul F; Villas, Ronaldo; Kantola, Michael W |
| **Subject:** | Urgent: New Overtime Rules |

**Importance:**   High

**Team,**

**New overtime rules as we discussed on our conference call.  These rules take effect immediately..**

- TM Approves Any Use of OT - Duty manager can also approve.

- FOD or AFOD Approval Is Required Anytime a CE Works Greater Than 14 Hours in Given Day or Greater than 60 Hours in a Week

- A CE Cannot Work Greater Than 16 Hours in a Given Day or Greater Than 80 Hours in a Week

- TM Schedules % of Skilled Fulltime Resources During Off-Peak Hours

- TM Confirms Availability Resources Are Only Called In On a As Needed Basis

Additional Labor Secured with OT Dollars Must Show a Positive Impact on OT



John Harvey

*Territory Manager*
San Francisco Region
*(office)* **925-240-7982**
*(cell)*     **925-209-1139**
✉ **email : john.harvey@ncr.com <mailto:john.harvey@ncr.com>**

10-29-05   Niehoff        posting re_NCR culture

Post Reply
| Edit Message
| Delete Message
| Alert Me
| Go Back to Discussion Board


From:  Niehoff, Adolph C
Posted At:  10/29/2005 8:47 PM
Subject: Culture?

Text: The most disturbing events that have occured during the past twenty years in the NCR culture, are:
1. The almost total abandonment of product, and service quality. Now, we never even use the word quality during meetings.
2. The loss of focus on Customers needs.
3. The total focus on investor needs.
4. The trashing of employee benefits, to a point that they have become liabilities to the families.
5. The lowering of hiring standards just to meet cost parameters, that have been set by desk jockeys who are out of touch with reality.
6. The trend of downsizing, and the resulting decay that has followed.
I could go on and on. I just know this one thing. I am tired of working sixty to ninety hour weeks, while management continues to talk of trimming more people. I do hope and pray that soon, it will become a requirement for Dayton desk jockeys to spend two weeks down here in the trenches with the rest of us. Maybe that will temper their decisions to cut,cut,cut...and get their heads out of the reports, so that they can see what they are doing to real people.
And I don't want to hear that times are tough...our quarterly reports for the past four quarters say otherwise....
Thanks for listening
S.N.

02/26/07   Compensation     email re:  Confidential - 2006 Business
                            Performance Plan (BPP) Bonus

**Doubt, Terry**

| | |
|---|---|
| **From:** | Compensation, Global |
| **Sent:** | Monday, February 26, 2007 5:19 PM |
| **To:** | Doubt, Terry |
| **Subject:** | Confidential - 2006 Business Performance Plan (BPP) Bonus |

Dear BPP Participant,

You have earned a 2006 Business Performance Plan (BPP) award payment based on actual performance against business objectives.

Click the following link to be directed to your web based report.  You will need to use your 'network' password for authentication.

https://www.hrsystems.ncr.com:8150/vps/vps.jsp

The on-line tool will provide you with the following month-by-month detailed information: BOM alignment, Monthly Salary, Incentive Target Percent, BoM Payout Percentage, and the monthly Payout Amount. Additionally, this page also displays your total Calculated BPP Payout, any Discretionary Adjustments that you've received (if applicable), and your Total BPP Payout in your local currency before taxes.

What's more, you can also view the details regarding any ineligible months you may have had to better understand how your BPP bonus award was calculated.

Answers to frequently asked questions regarding the 2006 Business Performance Plan are provided on the web site for your assistance.

http://hrexpress1.ncr.com/hrexpress/benefits/bpp/bpp_home.asp

For US based employees, award payments will be included in the March 2, 2007 paycheck and internationally receipts of awards are planned to be provided with the March paycheck, however the effective date may vary based on local payroll cycles and deadlines.

Best regards,

GLOBAL COMPENSATION

03/27/07    Aguilar, Foote    Evaluation by NCR 03-27-07 of plaintiff Doubt

K

NCR Performance Feedback & Review Form - Year 2006

| Name: | Doubt, Terry | Business Unit: | WCS | Year: | YTD 2006 |
| --- | --- | --- | --- | --- | --- |
| Title: | 750b23 | Department: | Department | Manager: | Aguilar, Erick |
| Employee Global ID: | 10100010064 | Location: | City | Second Level: | John Foote |

| Completed Code of Conduct Training and Certification | ☑ | | |
| --- | --- | --- | --- |

| At Success Attributes & Behaviors (How) Ratings are accomplished | Select Rating Below | | |
| --- | --- | --- | --- |
| | Comments (CE & Manager) | E | S | NI |
| **Customer Focus:** Understands, anticipates and meets customer needs | CE:<br>Manager: Consistently meeting customer s' expectations | ○ | ◉ | ○ |
| **Competitive Spirit:** Passion for winning, takes a stand to strive for business successes; focused on beating the competition | CE:<br>Manager: Makes a contribution to the team's competetive spirit | ○ | ◉ | ○ |
| **Teamwork:** Collaborates effectively with others to drive a performance culture; values differences; fosters open dialogue and promotes a free flow of information and ideas across departments/units | CE:<br>Manager: As part of the Monterey team, Needs to make extra effort to help lift team's spirit | ○ | ○ | ◉ |
| **Innovation and Continuous Improvement:** Develops original ideas/solutions; focuses on continuous improvement and business efficiencies | CE:<br>Manager: Technically knowledgeable to perform the day to day duties | ○ | ◉ | ○ |
| **Results orientation:** Takes accountability; consistently delivers on commitments; has a bias for action; makes timely decisions | CE:<br>Manager: Terry's SLA results for last year felt below expectations and need to focus more on meeting them. | ○ | ○ | ◉ |
| **Business/Functional Knowledge:** Understands how to align role with direction and key drivers; understands the internal business environment and external market; has knowledge and competencies required for the job | CE:<br>Manager: N/A | ○ | ○ | ○ |

| Achievements: | Local Non Local Part Stop Codes Suspends ,CE Scope of Service Training<br>Global CE Wireless Application (GCEW) ,CE Logistics  GCEW Logistics<br>Global CE Wireless (GCEW) - English  ,Global CE Wireless (GCEW) Logistics |
| --- | --- |
| Strengths: | Experienced and technically knowledgeable |
| Developmental Accomplishments: | 35479 Local Non Local Part Stop Codes Suspends, 35493 CE Scope of Service Training<br>34548 Global CE Wireless Application (GCEW) ,v 34461  CE Logistics, 34547  GCEW Logistics<br>26712  Global CE Wireless (GCEW |
| Areas for Improvement: | SLA metrics, Surplus inventory timely return, be proactive with the group and help enhance the team spirit |

| B. Results Against Business Objectives | | | |
|---|---|---|---|
| **Financial** | **Plan** | **Actual** | |
| Area revenue | $250,000.00 | $0.00 | |
| Area OI | $250,000.00 | $0.00 | |
| **Metric** | **Target** | **CE Results** | **Work group results** |
| First Visit Resolution | 85% | 77% | 85% |
| SLA Response | 80% | 84% | 87% |
| SLA Restoral | 86% | 82% | 88% |
| Closed Calls Per Day | 4.7 | 3.3 | 6.4 |
| Reporting Compliance | 90% | 88% | |
| Callbacks | 3.2% | 2% | |
| Surplus Management (Non-targeted stock > 7 days < = $450) | $450 | $309 | |
| Logistics Audit Compliance | 95% | 100% | |

Comments:                         CE:

Overall Rating E, S or NI          Consider "what" was achieved and "how" it was achieved (i.e. the complete "picture")

| ☐ Exceptional | ☑ Successful | ☐ Needs Improvement |
|---|---|---|
| Performance far exceeds expected results for the job. | Performance consistently meets and sometimes exceeds expected results for the job. | Performance falls short of expected results for the job |
| Signature/Date: Manager: 3/23/07 | Second Level: 3-27-07 | Employee: T. D. |