John Elson SBN 92620
1840 41st Ave.
#102-176
Capitola, CA  95010-2527
831-475-8535 voice
831-475-8532 fax
j_h_elson@yahoo.com

Attorneys for Plaintiff
TERRY DOUBT

# UNITED STATES DISTRICT COURT FOR THE  NORTHERN

## DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT,<br>an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>NCR CORPORATION, A Maryland Corporation,<br>and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.: C09-05917 SBA<br><br>(Assigned to Judge Saundra B. Armstrong.)<br><br>**DECLARATION OF JOHN ELSON IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Action Removed:    December 17, 2009<br>Trial Date:               None |

1

I, John Elson, hereby declare the following:

1.      I am an attorney duly licensed to practice in all courts of the State of California, I am admitted to the Bar of the United States District Court for the Northern District of California, and I am counsel of record for plaintiff.  The facts stated to be true in this declaration are based upon my own personal knowledge, and if called to testify I could competently state the same.

2.      Concurrently with the submission of the "chambers copy" of plaintiff's "MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE" I am submitting for the convenience of the Court a hardcopy of the November 5, 2010 joint letter from the parties to Magistrate Spero with exhibits, as filed in this action, which was the basis for the Magistrate's November 23, 2010 orders.

3.      In that joint letter, at pages 11-48, the parties state the text, verbatim, of the categories in dispute from plaintiff's July 2, 2010 request for the production of documents under the heading "REQUEST FOR PRODUCTION NO. [number]".  For each category the parties state, verbatim, defendant NCR's August 2, 2010 response to that particular category under the heading "RESPONSE TO REQUEST FOR PRODUCTION NO. [number]".

For each category, the next heading is "PLAINTIFF'S ARGUMENT WHY THE INFORMATION IS RELEVANT TO THE CLAIMS OR DEFENSES".  The text under each such heading was taken, verbatim, from plaintiff's September 7, 2010, meet and confer papers, which I sent in an effort to obtain compliance with the request for production.

Following each such argument, under "DEFENDANT'S ARGUMENT/COMPROMISE" NCR responded on November 5, 2010 to plaintiff's arguments for that particular category with insertions into the joint letter being composed.

Finally, under the heading "PLAINTIFF'S REBUTTAL/COMPROMISE", I responded to each of defendant's arguments/compromise statements for each category in dispute.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and if called to testify could so state the same.

Executed on January 7, 2011 at Soquel, California.

_____

JOHN ELSON

2