UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY DOUBT,

    Plaintiff(s),

    v.

NCR CORPORATION,

    Defendant(s).

Case No. C09-05917 SBA (JCS)

**DISCOVERY ORDER RE: JOINT DISCOVERY LETTER [Docket No. 64]**

On June 23, 2011, the parties filed a Joint Letter Brief compelling Defendants to answer, without objection, interrogatories 2, 3, 4 and 7 in Plaintiff's first set of interrogatories. On July 22, 2011, a telephonic hearing was held.

For reasons stated on the record, IT IS HEREBY ORDERED that:

1. Interrogatory No. 2 is Granted: Defendant shall make a reasonable and diligent inquiry and answer Interrogatory No. 2.
2. Interrogatory No. 3 is GRANTED, except the scope is limited to California.
3. Interrogatory No. 4 is GRANTED, except the scope is limited to California.
4. Interrogatory No. 7 is GRANTED.

IT IS SO ORDERED.

Dated: August 1, 2011

JOSEPH C. SPERO
United States Magistrate Judge