**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    TERRY DOUBT,                              No. C 09-5917 SBA (JCS)
8              Plaintiff(s),
                                              **ORDER DENYING WITHOUT
9         v.                                   PREJUDICE DEFENDANT'S LETTER
                                               BRIEF FOR PROTECTIVE ORDER AND
10   NCR CORPORATION,                          TO FILE JOINT LETTER**
11             Defendant(s).
                                    /
12
13         On August 25, 2011, Defendant submitted a letter brief to the Court requesting a protective
14   order.  Defendant's letter brief was not electronically filed on the Court's ECF system.
15         IT IS HEREBY ORDERED that Defendant's letter brief for protective order is DENIED
16   without prejudice for failure to follow the Court's order to file a Joint Letter.  The parties shall file a
17   Joint Letter within ten (10) days, not to exceed ten (10) pages.
18         IT IS SO ORDERED.
19
20   Dated:  August 30, 2011
21                                              _____
                                                JOSEPH C. SPERO
22                                              United States Magistrate Judge
23
24
25
26
27
28