John Elson SBN 92620
1840 41st Ave.
#102-176
Capitola, CA  95010-2527
831-475-8535 voice
831-475-8532 fax
j_h_elson@yahoo.com

Attorneys for Plaintiff
TERRY DOUBT

# UNITED STATES DISTRICT COURT FOR THE  NORTHERN

# DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT,<br>an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>NCR CORPORATION, A Maryland Corporation,<br>and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No.: C09-05917 SBA (JCS)<br><br>(Assigned to Judge Saundra B. Armstrong.)<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DISCOVERY MOTION HEARING**<br><br>Date:                    October 14, 2011<br>Time:                         9:30 a.m.<br>Courtroom            G, 15th Floor, SF<br>Magistrate Judge:    Hon. Joseph C. Spero<br><br>Action Removed:       December 17, 2009<br>Trial Date:                         None |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties, it is hereby ordered that the discovery hearing on defendant NCR's motion for a protective order, now set for September 30, 2011, be continued to October 14, 2011, at 9:30 a.m., in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: September 26, 2011

_____
Magistrate, District Court

Judge Joseph C. Spero