John Elson (State Bar No. 92620)
1840 41st Avenue, #102-176
Capitola, CA 95010
Telephone: (831) 475-8535
E-mail: j_h_elson@yahoo.com

Attorney for plaintiff
TERRY DOUBT

Patrick C. Mullin (State Bar No. 72041)
Cortney L. McDevitt (State Bar No. 241879)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: mullinp@jacksonlewis.com
E-mail: mcdevittc@jacksonlewis.com

Attorneys for defendant
NCR CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUBT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 09-05917 SBA<br><br>**PLAINTIFF TERRY DOUBT'S AND DEFENDANT NCR CORPORATION'S JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME**<br><br>Action Removed:   December 17, 2009<br>Trial Date:             None yet set. |

TO THE HONORABLE MAGISTRATE JUDGE SPERO:

Plaintiff Terry Doubt and Defendant NCR Corporation stipulate as follows:

1. That on October 14, 2011 the Magistrate Judge ordered the parties to complete the depositions of Defendant's Persons Most Knowledgeable by January 15, 2012;

2. That since that time, the parties have sought diligently to schedule the required depositions; and

---

STIPULATION AND REQUEST FOR EXTENSION
AND [PROPOSED] ORDER

Case No. C 09-05917 SBA

1

3. Some categories which the Magistrate has ordered to be responded to will be addressed by one or more designees in Atlanta during the week of January 9-13, 2012, but that other categories will be addressed by another designee who will be produced in San Francisco, but that due to scheduling issues that will not occur until sometime during January 27 - 31, 2012.;

Accordingly, the parties hereby request an extension of time to complete the depositions of Defendant's Persons Most Knowledgable, through January 31, 2012.

DATED: December 23, 2011

Respectfully submitted,

By: _____
John Elson
Attorney for Plaintiff
TERRY DOUBT

DATED: December 23, 2011

Respectfully submitted,

JACKSON LEWIS LLP

By: _____
Patrick C. Mullin
Cortney L. McDevitt
Attorneys for Defendant
NCR CORPORATION

IT IS SO ORDERED.

Dated: January 3, 2012

_____
Judge Joseph C. Spero