**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY DOUBT,

               Plaintiff(s),

    v.

NCR CORPORATION,

               Defendant(s).

_____/

Case No.  C09-05917 SBA (JCS)

**ORDER DENYING JOINT LETTER SEEKING CLARIFICATION AS UNTIMELY [Docket No. 117]**

      On January 26, 2012, the parties filed a Joint Letter seeking clarification of issues prior to continued deposition scheduled for January 27, 2012 (the "Motion").

      IT IS HEREBY ORDERED that the Motion by NCR is DENIED as untimely.

      IT IS SO ORDERED.

Dated: January 27, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge