**United States District Court**
For the Northern District of California

1
2
3
4                      UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6   TERRY DOUBT,                        Case No.  C09-05917 SBA (JCS)
7               Plaintiff(s),
                                        **ORDER DENYING JOINT LETTER**
8        v.                             **SEEKING CLARIFICATION AS**
                                        **UNTIMELY [Docket No. 117]**
9   NCR CORPORATION,
10              Defendant(s).
                                    /
11
12          On January 26, 2012, the parties filed a Joint Letter seeking clarification of issues prior to
13   continued deposition scheduled for January 27, 2012 (the "Motion").
14          IT IS HEREBY ORDERED that the Motion by NCR is DENIED as untimely.
15          IT IS SO ORDERED.
16
17   Dated: January 27, 2012
18                                      _____
                                        JOSEPH C. SPERO
19                                      United States Magistrate Judge
20
21
22
23
24
25
26
27
28