IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUBT,<br><br>        Plaintiff,<br><br>    v.<br><br>NCR CORPORATION,<br><br>        Defendant. | Case No.: C-09-05917 SBA (JCS)<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on June 14, 2013, and in accordance with the parties' stipulation orally entered on the record that same day, the Court orders as follows: (1) Plaintiff may take the depositions of Chris Wallace, Steve Battleson, Gerald Stover, and Bruce Schagunn; (2) the aforementioned depositions, coupled with any other PMK depositions taken by Plaintiffs, shall not exceed 35 hours in length; (3) Chris Wallace will address categories AL, AM.3, AN, AO, AP, limited to 750(b) territory, as a PMK, and will address categories AF.13 and AF.15 in her personal capacity if she cannot serve as a PMK on those categories; and (4) NCR will produce the documents responsive to item 4 categories A through P of the proposed order, Docket Number 145, pursuant to the following requirements: (a) the responsive documents shall be produced no later than July 1, 2013; (b) by June 19, 2013, NCR will file a declaration providing the steps they are taking to provide the responsive documents and any difficulties they have encountered in doing so;

and (c) should NCR fail to produce any responsive documents, they shall file a supplemental declaration no later than July 1, 2013 explaining in detail why they could not produce those documents.

IT IS SO ORDERED.

Dated: June 17, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE