United States District Court
Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11  TERRY DOUBT,                              Case No.: C-09-05917 SBA (JCS)

                                             **ORDER**
12                  Plaintiff,

13        v.

14
    NCR CORPORATION,
15

16                  Defendant.

17

18        For the reasons stated on the record at the hearing, held on June 14, 2013, and in accordance

19  with the parties' stipulation orally entered on the record that same day, the Court orders as follows:

20  (1) Plaintiff may take the depositions of Chris Wallace, Steve Battleson, Gerald Stover, and Bruce

21  Schagunn; (2) the aforementioned depositions, coupled with any other PMK depositions taken by

22  Plaintiffs, shall not exceed 35 hours in length; (3) Chris Wallace will address categories AL, AM.3,

23  AN, AO, AP, limited to 750(b) territory, as a PMK, and will address categories AF.13 and AF.15 in

24  her personal capacity if she cannot serve as a PMK on those categories; and (4) NCR will produce

25  the documents responsive to item 4 categories A through P of the proposed order, Docket Number

26  145, pursuant to the following requirements:  (a) the responsive documents shall be produced no

27  later than July 1, 2013; (b) by June 19, 2013, NCR will file a declaration providing the steps they are

28  taking to provide the responsive documents and any difficulties they have encountered in doing so;

1    and (c) should NCR fail to produce any responsive documents, they shall file a supplemental

2    declaration no later than July 1, 2013 explaining in detail why they could not produce those

3    documents.

4         IT IS SO ORDERED.

5    Dated: June 17, 2013

6                                                    _____
                                                     JOSEPH C. SPERO
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2