```
John Elson SBN 92620
1840 41st Ave.
#102-176
Capitola, CA  95010-2527
831-475-8535 voice
johnelson92620@gmail.com
```

<u>Attorneys for Plaintiff</u>
TERRY DOUBT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C09-05917 SBA (JCS)<br><br>(Assigned to Judge Saundra B. Armstrong.)<br><br>**ORDER ON STIPULATION AND EX PARTE APPLICATION TO EXTEND TIME FOR (1) DEPOSITION OF FACT WITNESS BRUCE SCHAGUNN, AND (2) DESIGNATION OF EXPERT WITNESSES, AND EXPERT WITNESS DISCOVERY CUT-OFF**<br><br>Action Removed:  December 17, 2009<br>Trial Date:           December 9, 2013 |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED

(1) plaintiff may depose fact witness Bruce Schagunn on August 16, 2013; and

(2) the deadline for expert witness disclosure is hereby extended from July 31, 2013 to and through August 10, 2013, and the deadline for expert witness discovery is hereby extended from August 31, 2013 to and through September 10, 2013.

Dated:  July 29, 2013

*/s/ Saundra B. Armstrong*
United States District Court Judge

---

1

[PROPOSED] ORDER ON STIPULATION AND EX PARTE APPLICATION TO EXTEND TIME FOR (1) DEPOSITION OF FACT WITNESS BRUCE SCHAGUNN, AND (2) DESIGNATION OF EXPERT WITNESSES, AND EXPERT WITNESS DISCOVERY CUT-OFF             Case No.: C09-05917 SBA