1  John Elson (State Bar No. 92620)
   1840 41st Avenue, #102-176
2  Capitola, CA  95010
   Telephone: (831) 475-8535
3  E-mail: johnelson92620@gmail.com
   Attorney for plaintiff
4  TERRY DOUBT

5  Patrick C. Mullin (State Bar No. 72041)
   Cortney L. McDevitt (State Bar No. 241879)
6  JACKSON LEWIS LLP
   50 California Street, 9th Floor
7  San Francisco, California  94111
   Telephone:  (415) 394-9400
8  Facsimile:   (415) 394-9401
   E-mail:  mullinp@jacksonlewis.com
9  E-mail:  mcdevittc@jacksonlewis.com
   Attorneys for defendant
10 NCR CORPORATION

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA - OAKLAND

TERRY DOUBT,
an individual,
          Plaintiff,

     v.

NCR CORPORATION, A Maryland
Corporation, and DOES 1 through 100,
inclusive,

          Defendants.

Case No. C 09-05917 SBA

**ORDER RE STIPULATION TO EXTEND TIME RE DISCOVERY CUT-OFF**

Action Removed:    December 17, 2009
Trial Date:              December 9, 2013

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The discovery cut-off date is hereby extended seven (7) days from July 31, 2013 to and through August 7, 2013.

DATED: August _7, 2013

_____
Saundra B. Armstrong
United States District Court Judge

---

1

[PROPOSED] ORDER RE REQUEST FOR DISCOVERY CUT-OFF EXTENSION          Case No. C 09-05917 SBA