John Elson (State Bar No. 92620)
1840 41st Avenue, #102-176
Capitola, CA  95010
Telephone: (831) 475-8535
E-mail: johnelson92620@gmail.com
Attorney for plaintiff
TERRY DOUBT

Patrick C. Mullin (State Bar No. 72041)
Cortney L. McDevitt (State Bar No. 241879)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  mullinp@jacksonlewis.com
E-mail:  mcdevittc@jacksonlewis.com
Attorneys for defendant
NCR CORPORATION

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT,<br>an individual,<br>           Plaintiff,<br>    v.<br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br>           Defendants. | Case No. C 09-05917 SBA<br><br>**ORDER RE STIPULATION TO DISMISS FOURTH CAUSE OF ACTION**<br><br>Action Removed:   December 17, 2009<br>Trial Date:            December 9, 2013 |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The Fourth Cause of Action in Plaintiff's First Amended Complaint, "Termination in Violation of Public Policy: Retaliation for Complaints re: Violations of Law," is hereby dismissed, with prejudice.

DATED: August _15_, 2013

_____
Saundra B. Armstrong
United States District Court Judge

---

[PROPOSED] ORDER RE DISMISSAL OF FOURTH CAUSE OF ACTION                    Case No. C 09-05917 SBA