John Elson (State Bar No. 92620)
1840 41st Avenue, #102-176
Capitola, CA  95010
Telephone: (831) 475-8535
E-mail: johnelson92620@gmail.com
Attorney for plaintiff
TERRY DOUBT

Patrick C. Mullin (State Bar No. 72041)
Cortney L. McDevitt (State Bar No. 241879)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  mullinp@jacksonlewis.com
E-mail:  mcdevittc@jacksonlewis.com
Attorneys for defendant
NCR CORPORATION

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT,<br>an individual,<br>               Plaintiff,<br><br>      v.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No. C 09-05917 SBA<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DISCLOSURE OF REBUTTAL EXPERTS**<br><br>Action Removed:     December 17, 2009<br>Trial Date:               December 9, 2013 |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1. The deadline for disclosure of rebuttal expert witnesses is hereby extended ten (10) days from August 14, 2013 to and through August 24, 2013.

DATED: August __15__, 2013

_____
Saundra B. Armstrong
United States District Court Judge

---

1

[PROPOSED] ORDER RE REBUTTAL EXPERT DISCLOSURE EXTENSION                                     Case No. C 09-05917 SBA