John Elson SBN 92620
1840 41st Ave.
#102-176
Capitola, CA  95010-2527
831-475-8535 voice
johnelson92620@gmail.com

<u>Attorneys for Plaintiff</u>
TERRY DOUBT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT,<br>an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: C09-05917 SBA (JCS)<br><br>(Assigned to Judge Saundra B. Armstrong.)<br><br>[PROPOSED] ORDER ON STIPULATION AND EX PARTE APPLICATION TO EXTEND FOR ONE DAY THE TIME FOR FILING OPPOSITION AND REPLY PAPERS CONCERNING NCR'S MOTION FOR SUMMARY JUDGMENT<br><br>Action Removed:    December 17, 2009<br>Trial Date:              December 9, 2013 |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED

(1) the time for plaintiff to file his opposition papers to NCR's motion for summary judgment is extended one day, from September 17, 2013 to September 18, 2013, and

(2) the time for NCR to file any reply to plaintiff's opposition is extended one day, from September 24, 2013 to September 25, 2013

Dated:  September 16, 2013    _/s/ Saundra B. Armstrong_____
                                                United States District Court Judge

1