John Elson SBN 92620
1840 41st Ave.
#102-176
Capitola, CA  95010-2527
831-475-8535 voice
johnelson92620@gmail.com

<u>Attorneys for Plaintiff</u>
TERRY DOUBT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN
# DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| TERRY DOUBT, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: C09-05917 SBA (JCS)<br><br>(Assigned to Judge Saundra B. Armstrong.)<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION AND EX PARTE APPLICATION TO EXTEND THE TIME FOR FILING OPPOSITION PAPERS CONCERNING NCR'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Removed:  December 17, 2009<br>Trial Date:  December 9, 2013 |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED

(1) the time for plaintiff to file his opposition memorandum (including statement of facts) to NCR's motion for summary judgment is extended from September 18, 2013 to September 19, 2013, by 12:00 noon, and

(2) the time for plaintiff to file the evidence supporting his opposition to NCR's motion for summary judgment is extended from September 18, 2013 to September 19, 2013, by 4:00pm.

Dated:  September <u>19</u>, 2013

_____
United States District Court Judge

1