UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRY DOUBT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No:  C 09-5917 SBA<br><br>**ORDER** |

   IT IS HEREBY ORDERED THAT the pretrial conference scheduled for December 3, 2013 and the trial date of December 9, 2013 are VACATED.  The Court will reschedule, if necessary, the pretrial conference and the trial date following the resolution of Defendant's motion for summary judgment.  Dkt. 167.  NO PARTY SHALL FILE ANY MOTION WITHOUT PRIOR LEAVE OF COURT.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated: 11/25/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge