UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRY DOUBT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NCR CORPORATION, A Maryland Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No: C 09-5917 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order on NCR Corporation's motion for summary judgment (Dkt. 234), IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Defendant NCR Corporation and against Plaintiff Terry Doubt.

IT IS SO ORDERED.

Dated:  8/7/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge